# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 23-03834-CJC (JPR)                              Date:  July 26, 2023

Title: TRAYSHAWN MCGRUDER V. DEPARTMENT STATE HOSPITAL METROPOLITAN

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                 None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING THE ACTION WITHOUT PREJUDICE**

On May 18, 2023, Plaintiff, pro se, filed this prisoner civil rights action. (Dkt. 1.) The next day, the Clerk noted in a mailing to Plaintiff that he did not pay the appropriate filing fee and must submit payment or submit a completed Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (Form CV-60P), which was enclosed. (Dkt. 2.) The Clerk further noted that failure to respond within thirty days may result in dismissal of the case. (*Id.*) The mailing was returned as undeliverable on June 9, and the Clerk resent the mailing to Plaintiff on June 20 in light of Plaintiff's new address as indicated on a "request for release" filed on May 25. (Dkt. 5; Dkt. 6.) More than thirty days have passed since the Clerk resent the mailing, and the Court has not received payment or a completed Form CV-60P. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

jso